```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PATRICK LORNE FARRELL,

                Plaintiff,

vs.                                    Case No. 2:13-cv-140-FtM-29DNF

STATE OF FLORIDA REPUBLICANS, RICK SCOTT, Governor, PAM BONDI, Attorney General, JOHN STUMPF, Wells Fargo CEO, Brian Moynihan, BOA CEO, THOMAS MARANO, GMACM CEO, COUNTRYWIDE HOME LOANS, COUNTRYWIDE FINANCIAL, RICHARD J. JOHNSON, JOSEPH R. TOMKINSON, WILLIAM ERBEY, OCWEN CEO, OCWEN LOAN SERVICING, BANK OF AMERICA, IMPAC SECURED ASSETS, IMPAC FUNDING CORP., GMACM, WELLS FARGO BANK, LEE COUNTY SHERIFF, STATE ATTORNEY, 20th Circuit, CIRCUIT JUDGES OF THE 20TH CIRCUIT,

                Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. #55), filed July 9, 2013, recommending that plaintiff's Motion to Add Defendant and Cause of Action (Doc. #44) be denied.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994)(Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge that the requested amendment would be futile.

Accordingly, it is now

**ORDERED**:

1. The Report and Recommendation (Doc. #55) is hereby **adopted** and the findings incorporated herein.

2. Plaintiff's Motion to Add Defendant and Cause of Action (Doc. #44) is **denied.**

**DONE AND ORDERED** at Fort Myers, Florida, this   19th   day of August, 2013.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Parties of Record